UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

GEODARY SOTO,
*individually and on behalf of others similarly situated,*

                     *Plaintiff*,   Civil Action No. **25-cv-01803-MMG**

      -against-   **[Proposed Form Of]**
                                                                                                         **JUDGMENT**

LULO RESTAURANT BRONX CORP. (d/b/a LULO
RESTAURANTE), OLIVO TORRES, and
LEONARDO TORRES,
                     *Defendants,*
---------------------------------------------------------------X

## JUDGMENT

      On May 7, 2025 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

      NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

      That the Plaintiff, GEODARY SOTO, have judgment against LULO RESTAURANT BRONX CORP. (d/b/a LULO RESTAURANTE), OLIVO TORRES, and LEONARDO TORRES, jointly and severally, in the amount of Fifty Thousand Dollars and No Cents ($50,000.00), which is inclusive of attorneys' fees and costs.


Dated: _____, 2025


                                                             _____
                                                            HON. MARGARET M. GARNETT
                                                             UNITED STATES DISTRICT JUDGE