```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GEODARY SOTO,
*individually and on behalf of others similarly situated,*

                *Plaintiff,*     Civil Action No. **25-cv-01803-MMG**

      -against-     [Proposed Form Of]
                                                                       **JUDGMENT**

LULO RESTAURANT BRONX CORP. (d/b/a LULO
RESTAURANTE), OLIVO TORRES, and
LEONARDO TORRES,
                *Defendants,*
-----------------------------------------------------------------X

## JUDGMENT

On May 7, 2025 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, GEODARY SOTO, have judgment against LULO RESTAURANT BRONX CORP. (d/b/a LULO RESTAURANTE), OLIVO TORRES, and LEONARDO TORRES, jointly and severally, in the amount of Fifty Thousand Dollars and No Cents ($50,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____May 8_____, 2025

                                                                _____
                                                                HON. MARGARET M. GARNETT
                                                                UNITED STATES DISTRICT JUDGE